# Exhibit B – Plaintiff's Complaint

USDC IN/ND case 1:22-cv-00014-HAB-SLC document 1-2 filed 01/13/22 page 2 of 6

17D01-2110-CT-000042
Filed: 10/4/2021 11:14 AM
Clerk
DeKalb County, Indiana

DeKalb Superior Court 1

STATE OF INDIANA
DEKALB COUNTY CIRCUIT/SUPERIOR COURT

| Angela Buell, | : | |
|---|---|---|
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | 17____-2110-CT-____ |
| Experian Information Solutions, Inc., | : | |
| Equifax Information Services LLC and | : | |
| Trans Union LLC, | : | |
| Defendants. | : | |

## COMPLAINT

1. This is a case about inaccurate reporting by a consumer reporting agency that a woman owed debt and the conduct of ignoring attempts to rectify the errors.

2. The furnisher for the account at issue is Ford Motor Credit Company LLC ("Ford").

3. This suit concerns reporting of a Ford account ending in 2449 (the "Account").

4. Experian Information Solutions, Inc. ("Experian"), Equifax Information Services LLC ("Equifax") and Trans Union LLC ("Trans Union") are each a "consumer reporting agency" as defined by the FCRA, 15 U.S.C. § 1681a(f).

5. Equifax, Trans Union, and Experian are referred to collectively as consumer reporting agencies or the "CRAs."

1

## PARTIES

### Plaintiff Angela Buell ("Ms. Buell")

6. Angela Buell ("Ms. Buell") is an individual.

### Defendant Experian Information Solutions, Inc. ("Experian")

7. Experian is a company organized and existing under the laws of the State of Ohio.

8. Experian's principal place of business is located at 475 Anton Blvd., Costa Mesa, CA 92626.

9. Experian's registered agent for service of process in Indiana is C T Corporation System, 150 West Market Street, Suite 800, Indianapolis, Indiana 46204.

10. At all times relevant to this action, Experian employees and agents were agents acting on behalf of Experian.

11. Experian maintains a website at https://www.experian.com

12. Experian is a "consumer reporting agency" as defined by the FCRA, 15 U.S.C. § 1681a(f).

### Defendant Trans Union, LLC ("Trans Union")

13. Trans Union is a limited liability company organized and existing under the laws of the State of Delaware.

14. Trans Union's principal place of business is located at 555 West Adams, Chicago, Illinois 60661.

15. Trans Union's registered agent for service of process in Indiana is The Prentice-Hall Corporation System Inc., 135 North Pennsylvania Street, Suite 1610, Indianapolis, Indiana 46204.

16. At all times relevant to this action, Trans Union employees and agents were agents acting on behalf of Trans Union.

17. Trans Union maintains a website at https://www.transunion.com

18. Trans Union LLC is a "consumer reporting agency" as defined by the FCRA, 15 U.S.C. § 1681a(f).

**Defendant Equifax Information Services, LLC ("Equifax")**

19. Equifax is a limited liability company organized and existing under the laws of the State of Georgia.

20. Equifax's principal place of business is located at 1550 Peachtree Street, Atlanta, Georgia 30309.

21. Equifax's registered agent for service of process in Indiana is Corporation Service Company, 135 North Pennsylvania Street, Suite 1610, Indianapolis, Indiana 46204.

22. At all times relevant to this action, Equifax employees and agents were agents acting on behalf of Equifax.

23. Equifax maintains a website at https://www.equifax.com/personal/

24. Equifax is a "consumer reporting agency" as defined by the FCRA, 15 U.S.C. § 1681a(f).

## ADDITIONAL FACTUAL ALLEGATIONS

25. The CRAs prepared at least one credit report concerning Ms. Buell indicating she owed a balance, thousands of dollars, concerning a Ford account when no balance was owed.

26. Ms. Buell notified the CRAs that she disputed the reporting of the Ford account as inaccurate.

27. Ms. Buell disputed the reporting of the Ford account multiple times, including in January of 2020 and March and May of 2021.

28. The CRAs' procedures for investigation were unreasonable.

29. The CRAs do not have reasonable procedures for investigation.

30. The CRAs failed to conduct an investigation in response to Ms. Buell's dispute.

31. The CRAs failed to properly reinvestigate after Ms. Buell complained of an inaccuracy.

32. The CRAs are companies which, for monetary fees, regularly engage in the practice of assembling and evaluating consumer credit information

on consumers for the purpose of furnishing consumer reports to third parties.

33. The CRAs ignored Ms. Buell's multiple attempts to correct the inaccuracies.

34. The CRAs failed to follow their own internal procedures.

35. The CRAs willfully misrepresented that Ms. Buell owed thousands of dollars on the Ford account when she did not.

36. The CRAs reported the inaccurate information for more than a year.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter judgment in favor of Plaintiff and against Defendants for all damages, fees, costs, and all such other relief that is just and proper.

## JURY DEMAND

Ms. Buell demands a jury trial on all issues herein.

Respectfully submitted,
/s/ Duran L. Keller
Duran L. Keller (#31743-79)
**KELLER LAW**
8 N. Third Street, Suite 403
Lafayette, Indiana 47901
Telephone: (765) 444-9202
Facsimile:  (765) 807-3388
Email: duran@kellerlawllp.com
*Attorney for Angela Buell*

5