AO 450 (Rev. 01/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## Northern District of Indiana

ANGELA BUELL;
                Plaintiff
    v.                    **Civil Action No.**    1:22CV14

EXPERIAN INFORMATION
SOLUTIONS INC;

EQUIFAX INFORMATION
SERVICES LLC;

TRANS UNION LLC (term 10/31/24)
        Defendant

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X** the plaintiff *(name)* __Angela Buell__ recover from the defendant *(name)* __Equifax Information Information Services LLC__ the amount of __Twenty Thousand Dollars__ dollars ($ _20,000.00_ ), which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of _4.28_ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

**X** other: __Judgment is entered in favor of Plaintiff Angela Buell and against Defendant Equifax Information Services LLC, in the amount of $20,000.00, inclusive of costs and attorneys' fees.__

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Chief Judge __Holly A. Brady on Plaintiff's Notice of Acceptance with Offer of Judgment.__

DATE: 11/13/2024                             *Chanda J. Berta, Clerk of Court*

                                             by      S/ J. Darrah
                                                    *Signature of Clerk or Deputy Clerk*