AO 450 (Rev. 01/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## Northern District of Indiana

ANGELA BUELL;

        Plaintiff

v.                           **Civil Action No.**    1:22CV14

EXPERIAN INFORMATION
SOLUTIONS INC;

EQUIFAX INFORMATION
SERVICES LLC;

TRANS UNION LLC (term 10/31/24)
        Defendant

## SECOND AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X** the plaintiff *(name)* __Angela Buell__ recover from the defendant *(name)* __Equifax Information Services LLC__ the amount of __Twenty Thousand Dollars__ dollars ($ __20,000.00__ ), which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of __4.28__ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** other: __Judgment is entered in favor of Plaintiff Angela Buell and against Defendant Equifax Information Services LLC, in the amount of $20,000.00, inclusive of costs and attorneys' fees.__

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Chief Judge __Holly A. Brady on Plaintiff's Notice of Acceptance with Offer of Judgment.__

DATE:     11/15/2024                        *Chanda J. Berta, Clerk of Court*

               by      S/ J. Darrah
                  *Signature of Clerk or Deputy Clerk*