UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ANGELA BUELL, | |
| **Plaintiff,** | |
| v. | CAUSE NO. 1:22-cv-00014-HAB-SLC |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, | |
| **Defendants.** | |

## NOTICE OF RESOLUTION

1. This Parties report that they have reached a settlement and this matter has been resolved. The Parties are in the process of finalizing and executing a settlement agreement.

2. The Parties ask that this Court stay all existing case management plan deadlines and briefing deadlines, and that the Court permit the parties 60 days to execute a settlement agreement and file a stipulated dismissal with the Court.

Respectfully submitted,

/s/ *Alexandra R. French*
Alexandra Robinson French
Jacob T. Palcic
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 231-7507
Facsimile: (317) 231-7433
Alexandra.french@btlaw.com

Mitchell H. Ralph
(admitted *pro hac vice*)
JONES DAY
110 N. Wacker Drive, Suite 4800
Chicago, IL 60606
(312) 269-4053
Email: mralph@jonesday.com

*Counsel for Defendant Experian Information Solutions, Inc.*

/s/ *Duran L. Keller*
(with permission)
Duran L. Keller (#31743-79)
**KELLER LAW**
8 N. Third Street, Suite 403
Lafayette, Indiana 47901
Telephone: (765) 444-9202
Facsimile: (765) 807-3388
Email: duran@keller.law
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served upon all parties via CM/ECF.

Date:  May 30, 2025                                  /s/ *Alexandra R. French*
                                                     Alexandra R. French